**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2398**

CLARA LEWIS BROCKINGTON,

Plaintiff - Appellant,

v.

SALEM UNITED METHODIST CHURCH; THE UNITED METHODIST CHURCH SOUTH CAROLINA CONFERENCE; COUNCIL OF BISHOPS; REV. BRYAN MUNGO, Pastor; BISHOP L. JONATHAN HOLSTON; REV. TERRY FLEMING; KENNETH CARTER, JR.; CYNTHIA FIERRO HARVERY, Council of Bishops; BRUCE R. OUGH, Council of Bishops; DORETHIA BAILEY; JANICE ALEXANDER HOWARD; MAXINE MCCLAINE,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. R. Bryan Harwell, Chief District Judge.  (4:19-cv-02050-RBH)

Submitted:  March 10, 2020                    Decided:  March 12, 2020

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Clara Lewis Brockington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clara Lewis Brockington appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice her amended complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brockington v. Salem United Methodist Church*, No. 4:19-cv-02050-RBH (D.S.C. Nov. 5, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
